## Commonwealth *v.* Lewis, Appellant.

Submitted December 16, 1975. *Penn B. Glazier* and *Edward F. Browne, Jr.*, Assistant Public Defenders, for appellant; *Charles A. Achey, Jr.*, Assistant District Attorney, and *D. Richard Eckman*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.